NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7018

KENNETH M. CARPENTER,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Zachary M. Stolz, Chisholm, Chisholm & Kilpatrick, of Washington, DC, argued for claimant-appellant.

Jane W. Vanneman, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel and Jamie L. Mueller, Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

Appealed from: United States Court of Appeals for Veterans Claims

Judge William A. Moorman

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7018

KENNETH M. CARPENTER,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

# Judgment

ON APPEAL from the United States Court of Appeals for Veterans Claims

in CASE NO(S). 01-1882

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

 Per Curiam (NEWMAN, MAYER, and MOORE, Circuit Judges).

    AFFIRMED. See Fed. Cir. R. 36.

       ENTERED BY ORDER OF THE COURT

DATED November 13, 2009   /s/ Jan Horbaly
         Jan Horbaly, Clerk